MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-0374 WHA |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 2, 2014, TO JANUARY 27, 2015 |
| HEDLEY'S HUMPERS, LTD. and STEPHEN HEDLEY, | |
| Defendants. | |

    The above-captioned matter was set for initial appearance before the Hon. William H. Alsup on December 2, 2014. The defendants, Hedley's Humpers, Ltd. and Stephen Hedley, represented by Miles Ehrlich, requested to put the matter over for status to evaluate the case, including the extensive discovery provided by the United States. The Court set the matter for January 27, 2015, at 2:00 p.m. The parties and the Court agreed that it was appropriate to exclude time under the Speedy Trial Act between December 2, 2014, and January 27, 2015, for effective preparation of defense counsel.

    Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 2, 2014, and January 27, 2015, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
2  Court further finds that the ends of justice served by excluding the time between December 2, 2014, and
3  January 27, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public
4  and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between
5  December 2, 2014, and January 27, 2015, shall be excluded from computation under the Speedy Trial
6  Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 9, 2014

_____
WILLIAM H. ALSUP
United States District Judge