Miles Ehrlich (Cal. Bar No. 237954)
miles@ramsey-ehrlich.com
Katharine A. Kates (Cal. Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:    (510) 548-3600
Fax:               (510) 291-3060

*Attorneys for Defendants Hedley's Humpers, Ltd., and Stephen Hedley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-14-00374 WHA |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER RE-DESIGNATING MOTIONS HEARING AS A CHANGE OF PLEA HEARING AND STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| HEDLEY'S HUMPERS, LTD., AND STEPHEN HEDLEY, ) | |
| ) | |
| Defendants. ) | Before:  The Honorable William H. Alsup |
| ) | Date: March 31, 2015 |
| ) | Time: 12:00 p.m. |

Defendants Hedley's Humpers, Ltd., and Stephen Hedley are currently set before this Court for a Motions Hearing on March 31, 2015 at 12:00 p.m.  Given that the parties have reached a resolution of the matter, the Government and the defendants jointly request that the March 31 appearance be re-calendared as a Change of Plea and Status

Hearing. Under the proposed resolution, the parties anticipate that, during this March 31 hearing, defendant Hedley's Humpers, Ltd. will enter a felony guilty plea pursuant to a plea agreement, and the Government will separately enter into a pretrial diversion agreement with Stephen Hedley.

Accordingly, the parties jointly request that the March 31, 2015 hearing be re-designated as a Change of Plea and Status Conference.

IT IS SO STIPULATED.

Dated: March 18, 2014                              Respectfully Submitted,

                                                   RAMSEY & EHRLICH LLP

                                                   //s//

                                                   MILES EHRLICH
                                                   KATHARINE KATES
                                                   *Attorneys for Defendants Hedley's*
                                                   *Humpers, Ltd., and Stephen Hedley*

                                                   MELINDA L. HAAG
                                                   US ATTORNEY

                                                   //s//

                                                   HARTLEY WEST
                                                   ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, the Court HEREBY ORDERS that the Motions Hearing in *United States v. Hedley's Humpers, Ltd., and Stephen Hedley*, currently scheduled for March 31, 2015 at 12:00 p.m., is vacated and re-designated as a Change of Plea hearing for defendant Hedley's Humpers, Ltd., and a Status Conference for defendant Stephen Hedley.

IT IS SO ORDERED.

Dated: March 23, 2015.

_____
WILLIAM H. ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE-DESIGNATING MOTIONS HEARING AS
CHANGE OF PLEA AND STATUS CONFERENCE
CR 14-00374 WHA