

E-filing

United States District Court,
Northern District of California,
San Francisco Division.
450 Golden gate Avenue
San Francisco
California 94102 - 3495

RESOLUTION        19.03.15.

At a meeting of the board of directors of Hedley's Humpers Ltd incorporated in the UK under number 1360742 on March 31st 1978, it was agreed on this day of March 19th 2015, that Mr. Stephen Charlton Hedley, the majority shareholder, could enter a guilty plea on behalf of the Company in relation to the charge of smuggling in violation of 18 U.S.C. 545.

S.C. HEDLEY, director,
Chairman and Executive Officer
Hedley's Humpers Ltd



www.hedleyshumpers.com

LONDON
3 St Leonards Road,
London
NW10 6SX
Tel. +44 (0)20 8965 8733
Fax +44 (0)20 8965 0249

NEW YORK
271 Scholes Street
Brooklyn
NY11206
Tel: +1 (718) 433 4005
Fax: +1 (718) 417 4705

PARIS
6 Boulevard de la Liberation
93284 Saint-Denis
France
Tel: +33 (0)1.48.13.01.02
Fax: +33 (0)1.48.13.07.08

PARIS FLEA MARKET
Stand 412, Allee 7,
Marche Paul Bert
102 Rue Des Rosiers 93400 St. Ouen
Tel: +33 (0)1.40.10.94.00
Fax: +33 (0)1.40.10.05.64

AVIGNON
Lot 4 Bat. A, L'Oree De L'Isle
Avenue Des 4 Otages
84800 L'IsleSur La Sourge
Tel: +33(0)4.90.38.02.69
Fax: +33(0)4.90.38.04.46

COMPANY REGISTRATION NO 1360742