1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6747
7        FAX: (415) 436-7234
         Hartley.West@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   NO. CR 14-0374 WHA
14                                     )
            Plaintiff,                 )   UNITED STATES' SENTENCING
15                                     )   MEMORANDUM
        v.                             )
16                                     )
   HEDLEY'S HUMPERS, LTD.,             )
17                                     )
            Defendant.                 )
18  _____)

19          Defendant Hedley's Humpers, Ltd. pleaded guilty to one count of smuggling wildlife, in

20  violation of 18 U.S.C. §§ 545 and 2.  The United States recommends that Hedley's Humpers be

21  sentenced to three years' probation, a $75,000 fine, community service payments of $25,000 paid to the

22  National Fish and Wildlife Foundation, and a $400 special assessment.

23                          I.      BACKGROUND

24          The Presentence Report (PSR) accurately states the facts underlying the offense conduct and

25  relevant conduct.  In summary, the United States indicted the London-based shipping company Hedley's

26  Humpers and its owner Stephen Hedley in July 2014 on wildlife trafficking, smuggling, and conspiracy

27  charges.  Between 2006 and 2014, Hedley's Humpers shipped numerous wildlife articles from Europe to

28  the Northern District of California for client M.P.  At M.P.'s request, Hedley's Humpers falsely labeled

1 the wildlife articles on the import documents.  For instance, emails between M.P. and Hedley's Humpers

2 employees revealed instructions to falsely label sea turtle shells and other protected items as

3 "sculptures."  Hedley's Humpers did so

4     M.P. began cooperating with the government's investigation in 2013, engaging in recorded and

5 monitored communications with Stephen Hedley.  These interactions culminated in the April 21, 2014

6 import that is the subject of Hedley's Humpers' guilty plea on Count Five.  Hedley's Humpers labeled a

7 package inside a shipping container: "Polenske, Michael J Ex. Teijink, Ref. 450198, Los Angeles, 1x

8 Leather armchair."  This package contained another wrapped package bearing a Hedley's Humpers label

9 identifying the consignee as M.P.  Inside were two sea turtle shells, protected under the Endangered

10 Species Act.

11     Between 2006 and 2014, Hedley's Humpers unlawfully shipped for Polenske approximately 26

12 protected wildlife items to the United States under false labels, with a collective market value of

13 approximately $81,442.

14 **II.    SENTENCING GUIDELINES CALCULATION**

15     The government concurs with the sentencing guidelines calculation set forth in the PSR:

16 Base Offense Level, USSG § 2Q2.1:    6

17 Specific Offense Characteristics:
Pecuniary Gain, USSG § 2Q2.1(b)(1)(A)    +2

18 Market Value >$70,000, USSG § 2Q2.1(b)(3)(A), § 2B1.1(b)(1)(E)    +8

19 Adjusted Offense Level:    16

20 Base Fine, USSG § 8C2.4(d):    $175,000

21 Culpability Score, USSG § 8C2.5(a):    5

22 Fine Range, USSG § 8C2.7:    $175,000-$350,000

23 **III.    ARGUMENT**

24     Hedley's Humpers engaged in a scheme to smuggle protected wildlife into the United States for

25 sale, by falsely labeling the wildlife to conceal its true nature.  Such conduct harms the ecosystem and

26 society as a whole.  It feeds the market for species threatened with extinction and killed for their shells,

27 bones, and other body parts.

28 ///

1    Since charged in this case, Hedley's Humpers has cooperated with the United States'

2  investigations of other organizations and individuals involved in wildlife offenses.  It has made its

3  employees available for government interviews and provided documents to the government.  Hedley's

4  Humpers has also implemented a training program regarding wildlife import regulations and has

5  adopted internal controls to avoid future wildlife offenses.

6    For these reasons, the government believes that the sentence to which it agreed in the Plea

7  Agreement is appropriate:  three years of probation; a $75,000 fine; a $25,000 community service

8  payment; and a $400 special assessment.  The community service payment shall be made to the National

9  Fish and Wildlife Foundation, for the purpose of funding enforcement, training, and education related to

10  wildlife trafficking in Northern California, as set forth in Paragraph 8(b) of the Plea Agreement.  The

11  United States requests, and the defense has agreed, that the $75,000 fine shall be paid to the U.S. Clerk

12  of Court, for further payment to the U.S. Department of Commerce/NOAA, at:

13              ATTN: AILEEN AGUILERA
             501 W. Ocean Blvd., Suite 4300
14              Long Beach, CA 90802.

15                    **IV.    CONCLUSION**

16    For the above reasons, the United States recommends that Hedley's Humpers be sentenced to a

17  term of three years' probation; a $75,000 fine; $25,000 in community service payments; and a $400

18  special assessment.

19  DATED: June 26, 2015                    Respectfully submitted,

20                             MELINDA HAAG
                            United States Attorney
21

22                               /s/

23                            _____
                            HARTLEY M. K. WEST
                            Assistant United States Attorney

24

25

26

27

28

U.S. SENTENCING MEMORANDUM
CR 14-0374 WHA                    3