# EXHIBIT B

| | |
|---|---|
| **From:** | Michael Polenske |
| **To:** | Nicholas Call - NOAA Federal |
| **Subject:** | FW: Hedlley"s and Ma(i)sonry Napa Valley and RH |
| **Date:** | Wednesday, October 02, 2013 6:55:47 AM |
| **Attachments:** | 860260E5-68B8-405B-957A-B0B3BE14EE91[237].png |
| | image001.png |

FYI- keep you posted.

M

Michael Polenske
Chairman | Creative Director
michael@bespokecollection.com
P: 707.252.4444 |F: 707.754.4280 |C: 415.710.5629
Explore what's new...

  

BESPOKE COLLECTION
ARTISANAL BRANDS & EXPERIENCES

**From:** Steve Hedley <steve@hedleyshumpers.com>
**Date:** Wednesday, October 2, 2013 3:20 AM
**To:** Michael Polenske <michael@bespokecollection.com>
**Cc:** Rosary Sun <rosary@hedleyshumpers.com>
**Subject:** RE: Hedlley's and Ma(i)sonry Napa Valley and RH

Let me look at my schedules and see what I can arrange

Regards
Steve

**From:** Michael Polenske [mailto:Michael@bespokecollection.com]
**Sent:** 02 October 2013 00:41
**To:** Steve Hedley
**Subject:** Re: Hedlley's and Ma(i)sonry Napa Valley and RH

I was just there and love the new Starck restaurant! I only purchased a few things on this trip. I will likely be in NYC for the RH Contemporary Art Galley Opening on November 8 with a few days on either side. Any chance you will be there at that time?

M

Michael Polenske
Chairman | Creative Director
michael@bespokecollection.com
P: 707.252.4444 |F: 707.754.4280 |C: 415.710.5629
Explore what's new...

  

BESPOKE COLLECTION

---

**From:** Steve Hedley <steve@hedleyshumpers.com>
**Date:** Monday, September 30, 2013 9:49 AM
**To:** Michael Polenske <michael@bespokecollection.com>
**Subject:** RE: Hedlley's and Ma(i)sonry Napa Valley and RH

Very nice to hear from you, everything is much the same over here though obviously stocks are being depleted and the flea market has undergone a character change with the new Philippe Starck restaurant being a destination
like the Avenue Montaigne !

I will be in New York once or twice more this side of Christmas I hope but nothing booked as yet. When will you be in the city ?

Regards
Steve

---

**From:** Michael Polenske [mailto:Michael@bespokecollection.com]
**Sent:** 30 September 2013 17:16
**To:** Steve Hedley
**Subject:** Hedlley's and Ma(i)sonry Napa Valley and RH

Steve- I hope that all is well with you. I wanted to update you on a major shift in our business. I have been consulting with Restoration Hardware (RH) now for some time now and we are creating a substantial antiques platform going into 2014. I will still be buying for my own gallery Ma(i)sonry Napa Valley (1 to 2 containers a year) but I will begin to put together a much bigger buying strategy that will allow us to bring an antiques selection into 50+ galleries across the country over the next 5 years, as well as a dedicated catalog to be mailed to millions of clients for online purchases. I would be interested in talking about what pricing would look like for a volume of containers.

Are you ever in NYC, Boston or LA? I would love to show you what we are doing in one of the new gallery concepts.

MJP

Michael Polenske
Chairman | Creative Director
michael@bespokecollection.com
P: 707.252.4444 | F: 707.754.4280 | C: 415.710.5629
Explore what's new···

  

BESPOKE COLLECTION

All goods are carried, packed, handled and stored subject to the Standard Contract Conditions of the British International Freight Association (BIFA) 2005 Edition. Copies are available on request or from our web site at www.hedleyshumpers.com but specific attention is drawn to clauses 11A & 25. Clause 11A: No insurance will beeffected except upon express written instructions from the customer.
Clause 25: Except under special arrangements previously made in writing by an officer of the Company so authorised, the Company accepts no responsibility with regard to any failure to adhere to agreed departure or arrival dates of Goods.

Hedleys Humpers Ltd.
3 St. Leonards Road
London
NW10 6SX

Tel. +44 20 8965 8733
Fax. +44 20 8965 0249

Paris – Tel: +33 (0)1.48.13.01.02
Avignon – Tel: +33(0)4.90.38.02.69
New York – Tel: +1 (718) 433 4005

All goods are carried, packed, handled and stored subject to the Standard Contract Conditions of the British International Freight Association (BIFA) 2005 Edition. Copies are available on request or from our web site at www.hedleyshumpers.com but specific attention is drawn to clauses 11A & 25. Clause 11A: No insurance will beeffected except upon express written instructions from the customer.
Clause 25: Except under special arrangements previously made in writing by an officer of the Company so authorised, the Company accepts no responsibility with regard to any failure to adhere to agreed departure or arrival dates of Goods.

Hedleys Humpers Ltd.
3 St. Leonards Road
London
NW10 6SX

Tel. +44 20 8965 8733
Fax. +44 20 8965 0249

Paris – Tel: +33 (0)1.48.13.01.02
Avignon – Tel: +33(0)4.90.38.02.69
New York – Tel: +1 (718) 433 4005