# EXHIBIT C

       But we were actually doing more art. So I have three different wine labels. I have two art galleries, three sculpture gardens, and then the design business is part of that. But only one of my galleries was I allowed to actually have design inventory furnishings I could sell. The other one had to stay straight art gallery –

VC:    Yeah.

VC:    -- according to the lease. And then that lease got re-negotiated at the end – no, about four months ago I think is when it got redone. So I'm technically now allowed to start offering –

VC:    Yeah.

VC:    -- antiques in that second gallery.

VC:    Um-hm.

VC:    But what's happening is that the bigger transition that I'm making that probably will keep my – the business that I have been building at equilibrium – I don't think we'll see a big increase, although we're seeing a big increase in sales. Most of that's been art. But what I think is gonna happen is I kinda finalized this deal with Restoration Hardware –

VC:    Um-hm.

VC:    -- which –

VC:    They're going bigger and bigger, Restoration Hardware.

VC:    They are. And in particular, this will be a – this is a business that they're not in. They're not in an antique business today.

VC:    Um-hm.

VC:    And one of the things that I'll be doing for them is building that business for them. So we're going to build an antiques platform.

VC:    Um-hm.

VC:    That's been mentioned –

– and just in terms of who owns the wine and how it then gets shipped, because people can ship wine to themselves. So somebody buys the wine themselves and then ships it to themselves. You can –

VC: Yeah. That is – now bringing wine on containers from France here, (they? you?) need a liquor license (unintelligible) more than it doesn't, you know.

VC: Yeah.

VC: (Unintelligible).

VC: Well, and at some point we may be doing that as well for the wine business. Ma(i)sonry currently does not do – we don't import from Europe. We import from Argentina. So I'm bringing in 10,000 cases a year of wine, Malbec and a Tarantas out of there, through different vendor relationships. Do you do any shipping out of Argentina? Do you – no. Yeah. So we're working with established vendors that do that, and we'll probably ship – right now we're bringing in cases of bottled wine, but we'll probably shift in the next year to bladders of wine –

VC: Yeah.

VC: -- and then bottle it here, 'cause I think we're getting to the cost point where it makes better sense to do that.

VC: Um-hm.

VC: So anyway, this what RH is building. And so I'll help them with the antiques piece and the wine piece and anything that's kind of private client, since that's my business is working with wealthy families and individuals. Anything that's more of a collector, I'll be involved in. Like, I'll be involved in the art gallery, and that's what we'll go – I'll go show you that just so you get a sense of the quality –

VC: Yeah.

VC: -- of what they're doing. You know, I'll be a quick walkthrough. It's two blocks from here. It's kind of a cool thing. So. And then the big gallery here won't open for two more years.

VC: Um-hm.

VC:   So it'd be a year and a half.  Should open kind of early '15.

VC:   Yeah.

VC:   But I think part of the model on the antiques piece and part of why I was in China with these guys is we've got a great family over there that goes back probably four decades that's a Dutch family.  I don't know if you know the (Von Tiel?) family?  They're based out of Holland, and dad moved everybody over there probably about ten years ago.

VC:   Um-hm.

VC:   They do, I think, almost all the stuff for, like, the Ralph Lauren home furnishings.

VC:   Yeah.

VC:   So all that beautifully reproduced stuff is done by them.

VC:   Yeah.

VC:   And so what they have is they've got a pretty efficient operation where they source antiques all over the world but mainly Europe, ship it over to China, and then fix it, you know.  Fix the hinge, fix the drawer, fix the knobs, get things so they work, because the labor's so cheap.  They've got a factory of about – I think they said 700, 800 workers there.

VC:   Um-hm.

VC:   And the thought is, as, you know, again my business, Ma(i)sonry, will stay relatively small, container, two containers, and hopefully, you know, grow over time.

VC:   Um-hm.

VC:   And at some point RH may say that's competing.  You gotta stop doing that business.  And that's okay.

VC:   Yeah.

VC: Um-hm.

VC: Anyway, so that's – but I think what we're talking about, the model – and we'll sit down in January to map out more specifically.

VC: Um-hm.

VC: I'll have a better sense of volume. You know, are we talking one container a month? Are we talking ten containers a month? I don't know. But –

VC: (Unintelligible).

VC: What's that?

VC: It's fine to (unintelligible).

VC: Yeah.

VC: That's the problem.

VC: Yeah. But I'm still able to find stuff. And we've got some good people that are over there that we're comfortable with, their esthetic, and how they work, and – but – so but we'll figure out what that volume is and how big of a business we can build, 'cause it's still – antiques business here in the US is like a $20 billion business.

VC: Um-hm.

VC: So it's still a very robust market.

VC: Um-hm.

VC: And it doesn't even have to be all the stuff bought over there. I mean, that's one of the reasons why I wanted to go to the Brooklyn flea market and see what's showing up there.

VC: There must be nice things there. There must (unintelligible/overlapping speakers) –

VC: Yeah, 'cause so much has come over.

VC: I've been shipping it over (here?). Everybody else has that, you know, the last hundred years.

VC: Yeah.

VC: I've been doing it (unintelligible). It must have been going on for at least that (unintelligible). Been going on for centuries.

VC: Yep. Now, if – so if we were wanting to use you to ship to China, does that work? Is that interesting to you?

VC: Yeah.

VC: Or is that –

VC: Yeah, of course.

VC: Okay.

VC: A few extra regulations. That's all. But it's not (unintelligible) Chinese (unintelligible) they have the problems.

VC: Yeah.

VC: (Not mine?). The same principle.

VC: So I wanted to ask you about China. But you – so you – I was going to ask you about the Boston – or the Brooklyn flea market, but you said you have not had anything to do with that.

VC: No, no.

VC: Does your son know anything about that? Is he –

VC: He probably would.

VC: Yeah.

VC: Probably would, I think.

VC: Yeah. I just – on my next trip back, I think I'll go over there and spend some time and check it out.

VC: Yeah.

VC: And then in, you know – I think I've had two where stuff was pulled and not returned to me, where they took stuff and said, "No, you can't have this back."

So how – has there been any shift on CITES and –

VC: On CITES, you don't want to get involved in at all buying anything that's part of the CITES convention, which seems to expand all the time, basically, because CITES to me is meant to be just (unintelligible).

VC: Just for . . .?

VC: Ivory and (unintelligible).

VC: Ivory.

VC: But it's not because the CITES convention is now expanding on to certain woods as well. (Unintelligible/overlapping speakers) –

VC: Yeah. Well, we had the issue with the packaging.

VC: (Unintelligible/overlapping speakers).

VC: I don't know if you remember, but we had that – one of the crates you guys packaged, something didn't have the stamp.

VC: Didn't have a stamp on it.

VC: Which that was the first I'd ever heard of that, and –

VC: (Unintelligible/overlapping speakers) –

VC: -- and we got them to – they just wanted to ship the whole thing back, but we got them to at least disassemble it, leave me what was inside, and then ship the wood back.

VC: It would be – you know, we (don't?) put a stamp on it.

VC: And you guys do that?

VC: No, they – we –

VC: You don't buy it from somebody that's –

VC: We buy it from a manufacturer (that's been?) treated. We then get the stamp, and we have to do an audit trail on the wood and the (up cost?).

VC: Got it.

VC: And we've got great (reams?) of paper saying what we did with the wood, how much was used in this crate, how much was used in that crate, and we got the stamp. But sometimes, you know, it's (unintelligible) wood (unintelligible) get a stamp on it.

VC: Right. Right.

VC: That's (unintelligible).

VC: 'Cause the things that I've had pulled – well, I've had, again, almost all my containers have made it through, even though they were inspected, but I had tortoise shells, I had whale vertebrae, which I didn't think was – I knew tortoise shells were an issue if they weren't beyond a certain age. So the tortoise shells that I bought were always over a hundred years. In fact, many cases, 200 years.

VC: Well, you can get a CITES license, but you've got to actually apply for the CITES license.

VC: Got it.

VC: And you've got to get a CITES import license.

VC: And is that stuff that you guys can help me with?

VC: Yeah.

VC: Is that what –

VC: It's such a pain.

VC: Yeah.

VC: It's such a pain. You want to stay away from it because they basically – for example, if you had one on your CITES license and it was one mask, one plaque, say, with two heads on it –

VC: Right.

VC: -- and you took the heads off, it would be two separate CITES licenses. And they're so (persnickety?) and fussy that it's – if you have a plaque that's one (unintelligible), is it one or is it two? If there's two pieces on it –

VC: Right.

VC: -- then you can get fined because they don't want you to move it.

VC: Right.

VC: They don't want it to come in or out. So any excuse –

VC: Sure.

VC: -- they'll find it.

VC: Got it.

VC: (Unintelligible) things seized because it was a CITES license was out of date when it landed, but it wasn't when it shipped –

VC: Got it. So –

VC: -- et cetera, and I've (unintelligible/overlapping speakers) –

VC: Administrative issues. Even though you had some of the stuff (unintelligible/overlapping speakers) –

VC: Yeah. Even though we'd actually got –

VC: Got it.

VC: -- got the CITES license. And we had one lots seized coming back from New York because we forgot to enclose the CITES license for the shipment. So we sent it FedEx in a separate envelope to catch the shipment when it arrived.

VC:   And they wouldn't accept it?

VC:   No.

VC:   It had to be in the shipment. And that was here, New York?

VC:   That was from New York to London. It got seized, and I just got the last bill from the lawyer. "You've lost . . ." et cetera.

VC:   And so you didn't get the stuff returned?

VC:   No.

VC:   It's just gone?

VC:   Gone.

VC:   They just took it.

VC:   It's gone. Seized by Customs. This was two years ago. We'd already reimbursed the buyer.

VC:   Sure.

VC:   (Unintelligible).

VC:   Right, of course.

VC:   Being a good company like we are.

VC:   Right. Yeah.

VC:   Pay. Okay. Our fault. Here's the money. And then we go to court and get solicitors, et cetera, and throw another few thousand dollars chasing the problem, and then –

VC:   It's a pain.

VC:   -- we lose. Yeah.

VC:   Yeah.

VC:   You just stay away from CITES, anything to do with endangered species.

VC: Yeah. Well, and that's – again, that – and what I have – what my experience has been is that when they pull it, they don't – they don't talk to you. They don't tell you – they don't give you the answer. So it's been a very frustrating experience.

VC: Yeah.

VC: And then on the last container I did with you, I actually had – they even pulled antlers, like, four different sets of antlers.

VC: Yeah.

VC: And my –

VC: (Unintelligible/overlapping speakers) –

VC: And I – but I was able to get those back. But the process, the amount of paperwork I had to fill out – and it's still – and then, you know, it's, you know, 15 pages deep, and I still don't know what the issue is. And –

VC: Yeah. Anything to do with wildlife and animals, any –

VC: Like, so if I have stuff –

VC: -- any taxidermy or any stuffed animals or antler heads or tortoise shells, just stay away from now on.

VC: Well, but I had – so what do I – I have – on the last – I bought some. I bought some sawfish things and some tortoise shells on this – on the last trip that I'm getting gathered.

VC: Yeah.

VC: I've got – I have basic stuff – chairs and books and things like that –

VC: Right.

VC: -- as well, but I've got those things. So who can help me with something like that?

VC: Well, I mean, we can import from Europe. We can apply for the CITES license –

VC: Got it.

VC: -- and get a CITES license, and then it's best to pull those things out of the container –

VC: Do it separately.

VC: -- ship those things airfreight and get an import CITES license.

VC: Got it.

VC: It's not (unintelligible) container. It's not getting into the States. It's – we did the same with a (deer head box?) and cupboards for (unintelligible) cupboards from Sotheby's with tortoise shell doors. They didn't wanna pay for airfreight or (unintelligible).

VC: Right.

VC: So we said well, why don't we just take them apart and ship it all separately.

VC: Right.

VC: So we shipped it all the carcass, the tops, the bases, (unintelligible) et cetera –

VC: Yeah.

VC: -- (unintelligible) in this container and just took the doors off –

VC: Got it.

VC: -- and sent the doors airfreight.

VC: Got it. And so you have attorneys on staff internally, or you have your administrative works with attorneys to get the CITES so it's –

VC: No. We just did it.

VC: You did it.

VC: It's just a simple export.