# EXHIBIT D



**Business Support**
PO Box 10284
One Snowhill
Snowhill Queensway
Birmingham
B3 2WE

barclays.com

Strictly Private & Confidential
Mr S C Hedley
3A Shirland Mews
Maida Vale
LONDON
W9 3DY

30th April 2015

Dear Mr Hedley

**Termination of banking facilities**

On behalf of Mike Binning and myself thank you for your time on Tuesday 21st April 2015 at our offices in Churchill Place London. During our meeting we informed you that the Bank had carried out a review in connection with charges brought against yourself and your company in relation to the importing goods into the United States contrary to law.

Barclays Premier Banking, Barclays Corporate Banking, Barclays Asset Finance and Barclays Global Payments have decided that due to the serious nature of the charge and reputational impact this could have for the Bank that we are no longer willing to provide banking services for you or your business.

As such, Barclays is giving you three months' notice to terminate the accounts, loans, overdrafts and any related services that you and your business holds with us (please see schedule below).  Under the terms that apply to your account, Barclays could give immediate notice, but as mentioned in our meeting we are keen to ensure an orderly transition and therefore are giving 3 months' notice from the date of this letter

Before your accounts are closed, please note that it is your responsibility to:

1. Make alternative arrangements for your banking services and repay any monies you owe us relating to your accounts. On 30th July 2015 the accounts you and your business holds with us will be closed. If any credit balances remain on the accounts on the closure date, they will be returned to you by cheque.

2. Contact anyone making regular payments into your accounts and provide them with your new banking details. We will try to return payments to the relevant sender which are received after your account is closed, but we cannot guarantee that this will be possible. It is therefore important that you ensure any such payments cease immediately.

3. Collect any items (if any) held in our safe custody before your accounts are closed.

4. Download or save elsewhere any documents that you have uploaded to Barclays Cloud It, as Barclays Cloud It will no longer be available to you after your accounts are closed.

We will not be able to offer any new banking services prior to the closure of your accounts, nor will we respond to any account status enquiries received from you after the date of account closure.

Barclays is a trading name of Barclays Bank PLC and its subsidiaries. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority (Financial Services Register No. 122702). Registered in England. Registered Number is 1026167 and its registered office 1 Churchill Place, London E14 5HP.

Whilst we appreciate that this decision is disappointing for you, I can assure you it had been taken after careful consideration. It is our final decision and cannot be appealed.

To ensure an orderly transfer to your new bank, I should be grateful if you would keep me informed of the progress that you make in re-banking.

Yours sincerely

Adam Cassell
Director, Barclays Corporate Business Support
For and on behalf of **Barclays Bank PLC**

## Schedule of Bank Accounts, Loans and facilities to be closed and repaid

### Hedleys Humpers Limited Business Accounts

| Account Type | Account Number | Sort Code |
|---|---|---|
| Current Account | 30446068 | 20-65-63 |
| Current Account | 90205214 | 20-65-63 |
| Business Premium Account | 00228850 | 20-65-63 |
| Business Premium Account | 30446092 | 20-65-63 |
| Euro Account | 63441177 | |

### Business Loan Accounts and Accounts with Overdraft Facilities

| Account Type | Account Number | Sort Code | Approximate Settlement Figure<br>Final figures will be given once the redemption date is confirmed. No early repayment charges will apply |
|---|---|---|---|
| Loan Account | 84939638 | 20-65-63 | £43,262.94 |
| Loan Account | 24269195 | 20-65-63 | £260,640.39 |
| Current Account with Overdraft | 90205214 | 20-65-63 | Facility is up to £100,000.00 |

### Asset Finance Facilities in the name Hedleys Humpers Limited

| Agreement Number | Reg/Chassis Number | Approximate Settlement Figure<br>Final figures will be given once the redemption date is confirmed. No early repayment charges will apply |
|---|---|---|
| 75/8257 9618-0 | WR12 CLY | £4,164.38 |
| 75/8258 2546-6 | EA62 HDV | £4,623.48 |
| 75/8258 4212-3 | EN62 CKD | £8,029.06 |
| 75/8258 7318-5 | HH01-10 | £10,429.35 |
| 75/8258 7948-5 | HH 11-HH 20 | £12,030.75 |
| 75/8258 9180-9 | HH21-30 | £13,597.02 |
| 75/8259 0038-7 | HH31-HH40 | £13,620.63 |
| 75/8259 1269-5 | HH41-HH50 | £16,090.89 |

### Barclaycard and Card Acquiring in the name Hedleys Humpers Limited

| Facility Type | Reference Numbers |
|---|---|
| Company Barclaycard | 4257571001623448 |
| Terminal Facilities | O-5601638 |
| | |

### Personal Accounts in the name of Stephen Charlton Hedley

| Account Type | Account Number | Sort Code |
|---|---|---|
| Premier Current Account | 00201642 | 20-65-63 |
| Childrens Savings Account | 13389251 | 20-65-63 |
| Instant ISA | 40172286 | 20-44-24 |
| Childrens Savings Account | 43760901 | 20-65-63 |
| Everyday Saver Account | 73846083 | 20-65-63 |
| Euro Account | 49890044 | |
| US Dollar Account | 55639411 | |