UNITED STATES DISTRICT COURT
NORTHNERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | William Alsup | Time in Court: | 13 minutes |
| Date: | July 7, 2015 | | |
| Case No. | 14-cr-00374-WHA-1 | | |

**United States of America**    v.    **Hedley's Humpers**

☐ Defendant
☐ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| Hartley West | Miles Ehrlich |

| | |
|---|---|
| Deputy Clerk: Dawn Toland | Reporter: Pam Batalo |

Probation Officer: Jill Spitalieri

*PROCEEDINGS*

REASON FOR HEARING:    Sentencing - HELD

RESULT OF HEARING:    Stephen Hedley appeared on behalf of the corporation. JUDGMENT: Corporation is placed on probation for 3 years with the condition to pay a $75,000 fine, $25,000 community service payment and $400 special assessment.

1